AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> FRANCIS TIRE & AUTO SERVICE INC., a Florida Profit Corporation and MATCHBOX RF PROPERITES LLC, a Florida Limited Liability Company <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATCHBOX RF PROPERITES LLC
REGISTERED AGENT:
FRANCIS, CHANDRAMA
13330 NE 17TH AVENUE
NORTH MIAMI, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald E. Stern, Esq.
The Advocacy Law Firm, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Attorney for Plaintiff, Howard Michael Caplan

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*